# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Cencast Services, L.P., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**The United States,**<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]<br><br>Judge George W. Miller |

## REPLY

Plaintiff, DISC Talent Group, Inc., by its undersigned attorneys, in reply to the Counterclaim filed in Fed. Cl. No. 02-1920 T, admits, denies and alleges as follows:

## COUNTERCLAIM

90. Plaintiff avers that it currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 90 of the Counterclaim.

## COUNT ONE

91. Plaintiff admits the allegations of paragraph 91 of the Counterclaim.

92. Plaintiff admits the allegations of paragraph 92 of the Counterclaim.

93. Plaintiff denies the allegations of paragraph 93 of the Counterclaim.

[1] Proceedings in these related cases were consolidated by Order dated January 7, 2003.

**COUNT TWO**

94. Plaintiff admits the allegations of paragraph 94 of the Counterclaim.

95. Plaintiff admits the allegations of paragraph 95 of the Counterclaim.

96. Plaintiff denies the allegations of paragraph 96 of the Counterclaim.

**COUNT THREE**

97. Plaintiff admits the allegations of paragraph 97 of the Counterclaim.

98. Plaintiff admits the allegations of paragraph 98 of the Counterclaim.

99. Plaintiff denies the allegations of paragraph 99 of the Counterclaim.

**COUNT FOUR**

100. Plaintiff admits the allegations of paragraph 100 of the Counterclaim.

101. Plaintiff admits the allegations of paragraph 101 of the Counterclaim.

102. Plaintiff denies the allegations of paragraph 102 of the Counterclaim.

**COUNT FIVE**

103. Plaintiff admits the allegations of paragraph 103 of the Counterclaim.

104. Plaintiff admits the allegations of paragraph 104 of the Counterclaim.

105. Plaintiff denies the allegations of paragraph 105 of the Counterclaim.

The remainder of the Counterclaim consists of a prayer for relief as to which no responsive pleading is required; to the extent a responsive pleading may be deemed required, Plaintiff denies the remainder of the Counterclaim.

Plaintiff denies each and every allegation of the Counterclaim not expressly admitted above.

Respectfully submitted,

April 6, 2007

s/ Kent Yalowitz

Kent Yalowitz
Counsel of Record
Arnold & Porter
399 Park Avenue
New York, NY 10022
phone - (212) 715-1113
facsimile - (212) 715-1399

James Joseph
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004
phone - (202) 942-5355
facsimile - (202) 942-5999

Stuart E. Seigel
Of Counsel
1095 Park Avenue
New York, NY 10128
phone - (212) 427-3404
facsimile - (212) 427-3604